IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDRE COLTON,<br>    Petitioner, | )<br>)<br>) |
| vs. | )   Civil Action No. 07-282 |
| ROBERT SHANNON, et al.,<br>    Respondents. | )<br>)<br>) |

### ORDER

AND NOW, this 4th day of June, 2007, after the petitioner, Andre Colton, filed a petition for a writ of habeas corpus, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties thirteen days after being served with a copy to file written objections thereto, and upon consideration of the response to the answer filed by petitioner, treated in the nature of objections, and upon independent review of the petition and the record and upon consideration of the Magistrate Judge's Report and Recommendation (Docket No. 14), which is adopted as the opinion of this Court,

IT IS ORDERED that the petition for a writ of habeas corpus filed by the petitioner (Docket No. 1) is dismissed and a certificate of appealability is denied for lack of a viable constitutional issue.

IT IS FURTHER ORDERED that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure if the petitioner desires to appeal from this Order he must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed. R. App. P.

Gary L. Lancaster
United States District Judge

cc: Andre Colton
EB-3790
SCI Frackville
1111 Altamont Boulevard
Frackville, PA 17931